EFFE K. D. HOFFMAN, Appellant, v. VALENTIN R. GARFIAS et al., Defendants, and STANDARD OIL COMPANY (NEW JERSEY) et al., Defendants-Respond-

ents.— No opinion.
Present — Martin, P. J., Dore, Cohn and Callahan, JJ.